UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| NATIONSTAR MORTGAGE, LLC, | : | Case No. 1:16-cv-304 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| LINDA BLAKNEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATIONS (Doc. 6)
## OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate

Judge reviewed the pleadings filed with this Court, and, on February 17, 2016, submitted

a Report and Recommendations ("R&R").  (Doc. 6).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo*

all of the filings in this matter.  Upon consideration of the foregoing, the Court does

determine that such R&R should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the foregoing reasons:

1. Defendant Linda Blakney's petition for removal of a state court action to this federal court (Doc. 3) is **DENIED**;

2. This civil action is **REMANDED** to the state court;

3.  The Court certifies pursuant to 28 U.S.C. § 1915(a) that, for the reasons stated in the R&R, an appeal of this Order would not be taken in good faith, and therefore **DENIES** Defendant Linda Blakney leave to appeal *in forma pauperis*;

4.  Defendant Linda Blakney remains free to apply to proceed *in forma pauperis* in the Court of Appeals; and

5.  This civil action is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED**.

Date: 4/25/16

Timothy S. Black
United States District Judge

2